# Order

Michigan Supreme Court
Lansing, Michigan

March 10, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155229-30

ALAN L. BOUGHNER,
          Claimant-Appellee,

v

SC: 155229-30
COA: 334228; 334237
Otsego CC: 16-016245-AE

OTSEGO COUNTY ROAD COMMISSION,
          Employer-Appellee,

and

DEPARTMENT OF LICENSING &
REGULATORY AFFAIRS,
UNEMPLOYMENT INSURANCE AGENCY,
          Appellant.
_____/

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2017



Clerk

d0307